IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLAGSHIP INTERVAL OWNER'S ASSOCIATION, INC., | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | CIVIL NO. 09-1173 (JBS/JS) |
| v. | |
| PHILADELPHIA FURNITURE MFG. CO., et al., | **ORDER** |
| Defendants. | |

This matter is presently before the Court upon a motion to dismiss of Defendant Artone Manufacturing Co., Inc. [Docket Item 11]; the Court having considered the parties' submissions in support thereof and in opposition thereto; for the reasons set forth in the Opinion of today's date; and for good cause shown;

IT IS this     **22nd**     day of **March, 2010** hereby

ORDERED that Defendant Artone's motion to dismiss for lack of personal jurisdiction shall be, and hereby is, **DENIED**; and it is further

ORDERED that Defendant Artone's motion to dismiss for failure to state a claim shall be, and hereby is, **GRANTED** and Plaintiff's claims against Artone shall be **DISMISSED WITHOUT PREJUDICE** to Plaintiff moving to amend its complaint within thirty (30) days of entry of this Order to include specific

factual allegations that support its claims against Defendant Artone in particular.

        **s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge

2